01/30/2023

JASON E. RALSTON 506627
DIXON CORRECTIONAL CENTER
2600 NORTH BRINTON AVENUE
DIXON, IL 61021-9532      pH (815)-288-5561

THE HONORABLE IAIN D. JOHNSTON (FEDERAL JUDGE)
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION
327 South Church Street
Rockford, IL 61101

RE: 17-CV-50161, Ralston, v. Steffes, et. al.

DEAR JUDGE I.D. JOHNSTON:

I would like to withdraw my claims against Jeffrey Steffes and Joshua J. Shippery because Joliet Treatment Center went into my legal boxes during the approximate 4 years I was there and took all my evidence I would be able to use in this case at trial.
In short, I don't think I would be able to prove my claims against them because

(1)

of all the damage Joliet Treatment Center Officals caused me by going into my legal Boxes and taking all my files on this case.

To close, I don't have anything, not even a copy of my original complaint against them. All I can really do is get on this witness stand and tell the truth and call a few witnesses to testify on my behalf and that's it.

We have a final pre-trial order conference on the telephone today. But I just don't think I can prove my case as IDOC has gone into my legal Boxes and taken all my files.

Sincerely,

/s/ Jason E. Ralston

JASON E. RALSTON S06627
PhD. Agriculture Economics
@ Dixon Correctional Center
Dixon, IL 61021

(2)